AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

Paul Mebane Day
_____
Petitioner

v.

Sheriff Stutts
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)  Case: 1:16-cv-00188
)  Assigned To : Unassigned
)  Assign. Date : 2/4/2016
)  Description: Habeas Corpus (G Deck)
)
)  Case No. CR13000148-00
)         (Supplied by Clerk of Court)
)
)
)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Paul Mebane Day
   (b) Other names you have used: none

2. Place of confinement:
   (a) Name of institution: Southampton County Jail Farm
   (b) Address: P.O. Box 70
       Courtland, Va 23837
   (c) Your identification number: 1076446

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Southampton County Circuit Court Courtland, Va 23837 P.O Box 70
      (b) Docket number of criminal case: CR13000148-00
      (c) Date of sentencing: August 14, 2014
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): _wrongful conviction and detaining I was not the driver, Julian perry was, he drove the man's property off his land I was not in control of the truck._

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Southampton county circuit court P.O. Box 70 courtland, Va, 23837_
   (b) Docket number, case number, or opinion number: _CR13000148-00_
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _wrongful conviction - inconclusive evidence, prosecutor stated he could not prove the intent - and he could not disprove I was just a passenger_
   (d) Date of the decision or action: _August 14, 2014_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _Appeals court of Virginia at Richmond_
      (2) Date of filing: _no date - on appeal to the court of appeals_
      (3) Docket number, case number, or opinion number: _CR13000148-00_
      (4) Result: _Denied_
      (5) Date of result: _Apr. 15, 2015_
      (6) Issues raised: _The evidence is insufficient to support his grand larceny conviction" Because the evidence failed to established [he] intended to permanently deprive the owner of his property Because he never took part in_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

The commission of The crime at hand plus F was not The driver Julian perry was he had control of The truck he drove The man property off his land,

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☑ Yes      ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: In The Supreme court of Virginia
   (2) Date of filing: April 20, 2015
   (3) Docket number, case number, or opinion number: 1980-14-1
   (4) Result: denied
   (5) Date of result: November 17, 2015
   (6) Issues raised: Same

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☑ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

(b) If you answered "No," explain why you did not file a third appeal: This is my second attempt

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _There was not enough time allowed due to my incarceration._

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: ~~Fact could~~ The evidence was such that no rational trier of fact could find the defendant guilty beyond a reasonable doubt of grand larceny, because the evidence failed to establish beyond a reasonable doubt the defendant intended to permanently deprive the owner of his property (page 4 of transcript

Page 7 of 10

5

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Defendant was not the driver. The driver (Mr. Perry) never tried to avoid or elude the police.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** Defendant was not the driver. Julian Perry (co-defendant) was the driver. The driver is the one who has sole possession of what was being pulled on the trailer.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Defendant was spotted in the bed of the pickup when police arrived. Defendant does not have a license; therefore, he could not remove the owner's property from his land.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** Co-defendant testified the defendant knew nothing about anything being stolen. (Julian Perry)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The defendant was only catching a ride. The defendant was in the bed of the pickup when police arrived.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND FOUR:** Commonwealth questioned the ability of defendant's counsel to understand the full extent of the evidence against the defendant.

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
Commonwealth believed the defendant's counsel was speculating on how the larceny took place.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: There was no evidence presented that the defendant took any action in preparation for the commission of the crime.

### Request for Relief

15. State exactly what you want the court to do: Look into this case transcript and see how the courts wrongful convicted me. I would like this decision to be overturned. I would like all attorney fees returned, paid for lost wages and restitution due to Mr. Drake not coming to reclaim his property

I would like all court cost, lawyer fee's and Restitution and for pain and suffering anguish violation of constitutional rights defamation of character $50.000
Federal Question? Are you not a defender of a person constitutional right if they are violated

7

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: June 25, 2015

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/24/15

_Paul Day_
Signature of Petitioner

witness Billy Van  Billy Vance
Signature of Attorney or other authorized person, if any

Sworn to and subscribed
before me
this 24th day of June, 2015
Sheril J. Joyner — Notary Public
My Commission expires: September 30, 2017

[Notary Seal: SHERIL JEAN JOYNER, NOTARY, REG. # 7544810, COMMONWEALTH OF VIRGINIA, PUBLIC]

8

Page 10 of 10

# COURT OF APPEALS
# OF VIRGINIA



**CHIEF JUDGE**
GLEN A. HUFF
**JUDGES**
ROBERT J. HUMPHREYS
WILLIAM G. PETTY
RANDOLPH A. BEALES
ROSSIE D. ALSTON, JR.
STEPHEN R. McCULLOUGH
TERESA M. CHAFIN
MARLA GRAFF DECKER
MARY GRACE O'BRIEN
WESLEY G. RUSSELL, JR.
RICHARD Y. AtLEE, JR.

109 NORTH EIGHTH STREET
RICHMOND, VIRGINIA 23219-2321
(804) 371-8428 (V/TDD)

**SENIOR JUDGES**
RUDOLPH BUMGARDNER, III
JEAN HARRISON CLEMENTS
JAMES W. HALEY, JR.
ROBERT P. FRANK
WALTER S. FELTON, JR.
**CLERK**
CYNTHIA L. McCOY
**REPORTERS**
RONALD J. BACIGAL
PETER N. SWISHER
**CHIEF STAFF ATTORNEY**
JOHN T. TUCKER, III

July 10, 2015

Mr. Paul Mebane Day, #1076446
Southampton County Jail Farm
PO Box 70
Courtland, VA 23837

Re: <u>Paul Mebane Day v. Commonwealth of Virginia</u>
    Record No. 1980-14-1

Dear Mr. Day:

Thank you for your recent letter concerning your case; however, please note that any questions that you may have regarding your case should be sent directly to your attorney as she should be able to keep you apprised of its status.

In that regard, on April 15, 2015 a judge of this Court denied your petition for appeal. Your attorney appealed that decision to the Supreme Court of Virginia. As of the date of this letter, we have not received anything back from that Court indicating that it has made a decision in your case. You may want to directly contact the Supreme Court, as your case is no longer with this Court and any information that we would provide you would be second hand.

Additionally, habeas corpus forms can be obtained from your custodian or from the Office of the Attorney General, Correctional Litigation Section, 900 East Main Street, Richmond, Virginia 23219.

Please note that the Court of Appeals has only <u>limited</u> jurisdiction to consider petitions for writs of habeas corpus. See <u>White</u> v. <u>Garraghty</u>, 2 Va. App. 117, 341 S.E. 2d 402 (1986). Accordingly, if you file a habeas corpus petition, you may wish to consider filing such petition in the circuit court in which you were convicted or in the Supreme Court of Virginia. See Code § 8.01-654.

Sincerely yours,

A. John Vollino
Chief Deputy Clerk

cc: Patricia A. Cannon, Esq.
    Eric A. Cooke, Esq.

# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Tuesday the 17th day of November, 2015.*

Paul Mebane Day,                                                          Appellant,

against            Record No. 150745
                   Court of Appeals No. 1980-14-1

Commonwealth of Virginia,                                       Appellee.

From the Court of Appeals of Virginia

Upon review of the record in this case and consideration of the argument submitted in support of and in opposition to the granting of an appeal, the Court refuses the petition for appeal.

The Circuit Court of Southampton County shall allow court-appointed counsel the fee set forth below and also counsel's necessary direct out-of-pocket expenses. And it is ordered that the Commonwealth recover of the appellant the costs in this Court and in the courts below.

Costs due the Commonwealth
by appellant in Supreme
Court of Virginia:

         Attorney's fee            $500.00 plus costs and expenses

A Copy,

Teste:

                                         Patricia L. Harrington, Clerk

                    By:        *[signature]*
                                Deputy Clerk

**ORDER FOR CONTINUED CUSTODY**
Commonwealth of Virginia          Jurisdiction: SOUTHAMPTON   FILE

[ ] Juvenile & Domestic Relations District Court
ACCUSED: DAY, PAUL MEBANE                [ ] General District Court
NAME (LAST, FIRST, MIDDLE)               [X] Circuit Court
31258 BRANDON STREET LOT 168
FRANKLIN, VA. 23851

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                         06/27/1964
SOCIAL SECURITY NUMBER              DATE OF BIRTH

Hearing Date and Time: no date- on appeal to Ct of Appeals

CHARGED UNDER: [X] State  [ ] Local Ordinance

CHARGE(S):

| Offense Tracking Number | Offense Date | Virginia Crime Code (For Administrative Use Only) | Code Section | Case Number |
|---|---|---|---|---|
| 175GM1200001966 | 12/03/2012 | LAR-2359-F9 Description: GRAND LARCENY | 18.2-95 | CR13000148-00 |
| | _/_/_ | Description: | | |
| | _/_/_ | Description: | | |
| | _/_/_ | Description: | | |
| | _/_/_ | Description: | | |
| | _/_/_ | Description: | | |

[ ] Addendum listing additional charges is attached and incorporated.

Public Workforce [ ] Authorized [ ] Not Authorized

BAIL: $ ............  [ ] Secured Bond  [ ] Unsecured Bond  [ ] Recognizance
     [ ] Custody and Supervision of Pretrial Services Agency
     [ ] Third-Party Custody and Supervision
     [ ] No Change in Existing Amount of Bond  [ ] Amend Bond to $ ............
     [X] Held Without Bail  [ ] No change in Existing Bail Conditions

Accused [ ] may [ ] may not leave the Commonwealth of Virginia [ ] may [ ] may not leave ............
                                                                                          CITY/COUNTY

Additional Conditions of Bail:
The Accused must
[ ] Submit to Drug/Alcohol Screening  [ ] Submit to Drug/Alcohol Testing  [ ] Comply with a Curfew of ............
[ ] Avoid All Contact with............
[ ] Refrain from Possessing Firearm, Destructive Device, Dangerous Weapon
[ ] Refrain from Excessive Use of Alcohol   [ ] Refrain from Use of Illegal Drugs/Controlled Substances not Prescribed by a Health Care Provider
[ ] Maintain or Seek Employment    [ ] Maintain or Commence Education
[ ] The Accused is assigned to home-electronic incarceration by Judge
[ ] The Accused is to be monitored by a GPS/other tracking device.
[ ] Other:

TO THE SHERIFF, JAIL OFFICER OR CORRECTIONAL OFFICER:
   Hold the accused in custody pending the hearing date and convey the accused to the appropriate court so that the accused will be present in court at the hearing date and time, unless otherwise ordered by the appropriate judicial officer.

09/23/2014                                    _____
DATE                                          [X] CLERK     [ ] JUDGE

FORM DC-355 REVISED 7/11         Page ____ of ____

13-148

COMMONWEALTH OF VIRGINIA
COUNTY OF SOUTHAMPTON, to-wit:
IN THE CIRCUIT COURT OF SAID COUNTY:

**May 20, 2013**

The Grand Jurors of the Commonwealth of Virginia in and for the body of the County of Southampton, and now attending the Circuit Court for the said County, upon their oaths present that: **On or about the 3rd day of December, 2012, in Southampton County, Virginia, the accused, PAUL MEBANE DAY, did unlawfully and feloniously steal property, having a value of two hundred dollars ($200) or more, belonging to Raymond Drake, in violation of § 18.2-95 of the Code of Virginia (1950) as amended.**

*[handwritten:] So why did Raymond Drake not go to the sheriff's to reclaim his property after all was said and done Because he Lied. That same property is still on the sheriff's impound.*

against the peace and dignity of the Commonwealth of Virginia.

THIS INDICTMENT found at the May Term, 2013, of the Circuit Court of Southampton County, on the evidence of <u>Det. S. Griffith</u>, witness sworn and sent to the Jury by the Court.

LAR-2359-F9   Virginia Code Section 18.2-95 (ii)   Grand Larceny

*[handwritten:] (why a substitution. Because its not a true Bill)*

**Grand Jury Witness(es):**
~~Det. S. Griffith~~ *Lgt. W. Covington*
Southampton County Sheriff's Department

*[handwritten:] why was not Raymond Drakes name put here he should*

**Choose One:**
[✓] A True Bill
[ ] Not a True Bill

_____
**Foreman of the Grand Jury**

*[handwritten left margin:] have been The main grand jury witness and why was not officer Mart. turner arresting officer not present also and his father*

✓ I certify that the document to which this authentication is affixed is a true copy of a record in the Southampton Circuit Court. I have custody of the document and am the custodian of that record.
Richard L. Francis, Clerk
_____ DC
Southampton Circuit Court

# WARRANT OF ARREST—FELONY
COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Southampton ................................................  
CITY OR COUNTY

☒ General District Court ☒ Criminal ☐ Traffic  
☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/03/2012 ........ did unlawfully and feloniously in violation of Section
.......... DATE

**18.2-95** ................................, Code of Virginia:

steal A Bush hog valued at $200 or more and belonging to Raymond Drake



Richard L. Francis, Clerk  
of that record.  
Southampton Circuit Court  
.......... DC

I certify that the document to which this authentication is affixed is a true copy of a record in the Southampton Circuit Court. I have custody of the document and am the custodian of that record.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Sgt. M.B. Turner  Southampton SO**
.............................., Complainant.

12/03/2012 02:46 PM  
DATE AND TIME ISSUED

P. C. Goodwin  
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

CCRE is Required  
FORM DC-312 (MASTER, PAGE ONE OF TWO) 12/08



---

CASE NO. GC12-14057

**ACCUSED:**
Day, Paul Mebane  
LAST NAME, FIRST NAME, MIDDLE NAME  
31258 Brandon Street Lot 168  
ADDRESS/LOCATION  
Franklin, VA 23851

SSN 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  
DL#  

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 06/27/1964 | 5' 05" | 145 | BLU | BRO |

Hearing Date/Time  
1/15/13 1PM

**CLASS U FELONY**

☒ EXECUTED by arresting the Accused named above on this day:
12/3/12  14:47  
DATE AND TIME OF SERVICE

Mark Turner  
.............................., Arresting Officer

103 Southampton  
BADGE NO., AGENCY AND JURISDICTION

Attorney for the Accused: P. Cannon(A)

for S.B. Stotts  
SHERIFF  B. Jones(A)

Short Offense Description (not a legal definition):  
**GRAND LARCNY STEAL PROPTY >=$200 NOT FROM PERSN**

Offense Tracking Number:  
**175GM1200001966**

FOR ADMINISTRATIVE USE ONLY  
Virginia Crime Code:  
**LAR-2359-F9**



**FELONY**

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant. Certified to the Circuit Court of this jurisdiction.

_____  _____
ACCUSED                         ATTORNEY FOR ACCUSED

[X] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term, date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

[X] Bail on certification $ _____ _Same_ _____

[ ] ORDER the accused discharged at preliminary hearing and the charge is dismissed.

[ ] The charge was reduced to _____

The Accused was this day:
[ ] tried in absence [X] present

_____  _____
                                DATE        JUDGE

[X] PROSECUTING ATTORNEY PRESENT (NAME) _Bulger Carmar_

[X] DEFENDANT'S ATTORNEY PRESENT (NAME) _Carmar_
[ ] NO ATTORNEY  [ ] ATTORNEY WAIVED

[ ] Interpreter present

Plea of Accused:
[ ] not guilty      [ ] Witnesses sworn
[ ] guilty
[ ] nolo contendere
[ ] guilty  [ ] Plea voluntarily and intelligently entered after the defendant was apprised of his right against compulsory self-incrimination and his right to confront the witnesses against him.

[ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty     [ ] guilty as charged
[ ] guilty of _____
   VCC _____
[ ] facts sufficient to find guilt but defer adjudication/disposition to _____
   DATE AND TIME
and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] A separate order for First Offender is attached and incorporated in this order.

_____  _____
DATE                            JUDGE

[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed [ ] with prejudice
   [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151.
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

I impose the following Disposition:
[ ] FINE of $ _____ with $ _____ suspended
[ ] JAIL SENTENCE of _____ imposed,
   [ ] of which _____ days mandatory minimum, with _____ suspended for a period of _____, conditioned upon being of good behavior, keeping the peace, obeying this order and paying fines and costs.
Credit is allowed pursuant to § 53.1-187 for time spent in confinement.
[ ] Serve jail sentence beginning _____
   [ ] on weekends only
[ ] Work release     [ ] authorized if eligible   [ ] required
                     [ ] authorized      [ ] not authorized
[ ] Public work force [ ] authorized [ ] not authorized
[ ] on PROBATION for _____
[ ] VASAP    [ ] local community-based probation agency
[ ] Monitoring by GPS/other tracking device
[ ] DRIVER'S LICENSE suspended for _____
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for _____
[ ] RESTITUTION of $ _____ due by _____
   payable to: _____
   with interest thereon from _____
               [ ] DATE OF LOSS OR DAMAGE [ ] TODAY'S DATE
[ ] as condition of suspended sentence
[ ] COMMUNITY SERVICE _____ hours to be completed
   by _____ and supervised by _____
   [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Pay $50 fee to the Court for Trauma Center Fund
[ ] Other _____

[ ] Bail on Appeal $ _____
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 30 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395.

_4/9/13_____  _____
DATE                    JUDGE

| Offense Tracking Number: | 175GM1200001966 |
|---|---|
| | Preliminary Hearing Costs |
| 120 Ct. Appt. Atty | $ 172.- |
| 113 Court Reporter | |
| 113 Witness | |
| **TOTAL** | |

| | FINE | COSTS |
|---|---|---|
| 120 CT. APPT. ATTY | | |
| 461 FIXED MISD FEE | | |
| 462 FIXED DRUG MISD FEE | | |
| 001 INT CRIM CHILD FEE | | |
| 113 WITNESS FEE | | |
| 113 IGNITION INTERLOCK | | |
| 113 DUI FEE | | |
| 113 | | |
| 120 CT. APPT. ATTY | | |
| 121 TRIAL IN ABSENCE FEE | | |
| 125 WEIGHING FEE | | |
| 133 BLOOD TEST FEE | | |
| 137 TIME TO PAY | | |
| 192 TRAUMA CENTER FEE | | |
| 228 COURTHOUSE CONSTRUCTION FEE | | |
| 234 JAIL ADMISSION FEE | | |
| 243 LOCAL TRAINING ACADEMY FEE | | |
| 244 COURTHOUSE SECURITY FEE | | |
| OTHER (SPECIFY) | | |
| | | |
| **TOTAL** | $ | |

[ ] Stay of the proceedings pursuant to § 16.1-131.1

_____  _____
DATE                            JUDGE